IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA )
)
)
v. )
) Case No.   08-CR-0075-03
JOSE HERNANDEZ, )
)
Defendants. )
)

---

ORDER FOR DISMISSAL OF THE PRELIMINARY ORDER OF FORFEITURE
AGAINST ONE 2002 FORD CROWN VICTORIA

---

The Preliminary Order of Forfeiture against one 2002 Ford Crown Victoria, vehicle identification number 2FAFP70W62X143774 is dismissed.

ORDERED this 2d day of October 2008.

BARBARA B. CRABB
Chief United States District Judge